JOHN C. BURNS, Doing Business under the Name of BURNS REALTY COMPANY, Respondent, v. LELAND D. VAN RENSSELAER, Appellant.— Appeal from an order and judgment of the County Court of Tompkins County affirming the order of the City Court of the City of Ithaca denying appellant's motion to set aside the judgment. It is claimed that the judgment of the City Court was not rendered within ten days of the time of submission pursuant to section 47 of the Ithaca City Court Act (Laws of 1931, chap. 415). Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.